AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2008 APR 28 P 2:24
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: JFM-95-0176 |
| ANTONIO MCLEAN | ) | USM No: 31624-037 |
| Date of Previous Judgment: February 2, 1996 | ) | Jack Rubin |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction
## Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   x  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  210  months is reduced to  168.

### I. COURT DETERMINATION OF GUIDELINE RANGE  (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 36 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | 210 to 262 months | Amended Guideline Range: | 168 to 210 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
x  The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  February 2, 1996  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  April 28, 2008

Effective:  May 1, 2008
(if different from order date)

Signature: /s/
J. Frederick Motz, United States District Judge
Printed name and title